UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  Case No. 1:07-CR-129

    Plaintiff,  Hon. Richard Alan Enslen

v.

LADRICKA ANTOINETTE WATSON,

    Defendant.  **ORDER**
_____/

    This matter is before the Court on Defendant Ladricka Antoinette Watson's Motion for Ends of Justice Continuance pursuant to the Speedy Trial Act of 1974. 18 U.S.C. § 3161(h)(8). Currently, a final pretrial conference is scheduled for July 24, 2007, and jury trial is set to commence on July 31, 2007. Defendant is charged in a three-count Indictment with mail fraud and false statements to the Social Security Administration.

    In support of her request for an ends-of-justice continuance, Defendant's counsel advises both he and counsel for the government desire additional time, a minimum of 45 days, for an anticipated proffer and further plea negotiations. Defendant's counsel also note that both he and government counsel have scheduled vacations for the end of July, 2007. The Government has not opposed the Motion.

    After careful review, the Court finds that the ends-of-justice are not best served by granting a continuance because the equities set forth above are far outweighed by the interests of the public and Defendant in seeing a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Defense counsel fails to set forth any compelling reason for a continuance other than a vague allegation that more time is needed to prepare a written plea deal. Moreover, nowhere in the Motion can the Court discern that Defendant

herself is apprised of the equities or has explicitly waived her rights under the Speedy Trial Act. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ladricka Antoinette Watson's Motion For an Ends-of-Justice Continuance (Dkt. No. 15) is **DENIED**.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>July 11, 2007 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |